**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JUDICIAL WATCH, INC., *Plaintiff*, | ) | |
| *v.* | ) | Civil Action No. 16-885 (RCL) |
| U.S. DEPARTMENT OF STATE, *Defendant*. | ) | |

**JOINT MOTION TO MODIFY ORDER**

Plaintiff Judicial Watch, Inc. and Defendant U.S. Department of State (the "parties") hereby jointly move the Court to modify its July 5, 2016 Order (ECF 6), which directed the parties to file dispositive motions no later than July 15, 2016. For good cause shown, the parties hereby move the Court to modify the Order so that Defendant is Ordered to make an initial production of non-exempt portions of records responsive to Plaintiff's FOIA request no later than August 5, 2016, and so that the parties are Ordered to file a joint status report no later than August 12, proposing a schedule for the production of the remaining documents, and as appropriate, a proposed schedule for dispositive motions.

Since the commencement of this FOIA lawsuit, the parties have conferred and discussed the potential resolution of Plaintiff's claims. The parties agree that Defendant possesses one or more documents responsive to Plaintiff's request. The granting of this relief will facilitate the efficient resolution of this lawsuit and conserve the Court's resources. Accordingly, the parties respectfully request that this Court enter the above-described schedule for further proceedings.

Dated: July 8, 2015

*s/ Chris Fedeli*
Chris Fedeli
JUDICIAL WATCH, INC.
425 Third Street, S.W., Suite 800
Washington, DC 20024
Tel: 202-646-5185
cfedeli@judicialwatch.org

*Counsel for Plaintiff*

Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

CHANNING D. PHILLIPS
United States Attorney

MARCIA BERMAN
Assistant Director, Federal Programs Branch

*s/ Lisa Olson*
Lisa A. Olson
Senior Trial Attorney
U.S. Counsel of Justice
Civil Division, Federal Programs Branch
20 Massachusetts, Avenue, N.W.
Washington, DC 20530
Tel: 202-514-5633
lisa.olson@usdoj.gov

*Counsel for Defendant*